LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| AMANDA ROME WEST, an individual | CASE NO. 20-CV-2711-DSF (Ex) |
|---|---|
| Plaintiff, | Hon. Dale S. Fischer |
| vs. | **[PROPOSED] ORDER RE PROTECTIVE ORDER** |
| OCEAN RONQUILLO-MORGAN, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

# [~~PROPOSED~~] ORDER

The Parties' Stipulated Protective Order is before this Court. Having read and considered the Stipulated Protective Order, considering the pertinent records and documents on file in this case, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

The Stipulated Protective Ordered is entered and attached as Exhibit A.

**IT IS SO ORDERED.**

DATED: 3/8/21                                    /S/ CHARLES F. EICK
                                                 Hon. Charles F. Eick
                                                 United States Magistrate Judge