JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA ROME WEST,<br>    Plaintiff,<br><br>    v.<br><br>OCEAN RONQUILLO-MORGAN,<br>et al.,<br>    Defendants. | CV 20-2711 DSF (Ex)<br><br>JUDGMENT |

    The Court having granted the motion of Defendant Ocean Ronquillo-Morgan for summary judgment as to Plaintiff Amanda Rose West's First Cause of Action for violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and having declined to exercise supplemental jurisdiction over West's Second Cause of Action for violation of the Computer Data Access and Fraud Act, Cal. Pen. Code § 502,

    IT IS ORDERED AND ADJUDGED that West take nothing, that West's First Cause of Action is dismissed with prejudice, that West's Second Cause of Action is dismissed without prejudice, and that Ronquillo-Morgan recover her costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

    IT IS SO ORDERED.

Date: May 11, 2021

                                              Dale S. Fischer
                                              United States District Judge